# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                                             Case No. 3:17-CR-78

ANTONE GERRELL DORSEY,

    Defendant.

## ENTRY AND ORDER DENYING MOTION TO REVOKE DETENTION ORDER

       This matter is before the Court on defendants Motion to Revoke Detention Order Pursuant to 18 U.S.C. §3145(c) [Doc.#19] filed May 23, 2017. The Court, having considered the motion as well as argument presented at the Motion Hearing on June 5, 2017, finds the motion is not well-founded and therefore, DENIES the Defendants Motion to Revoke Detention Order.

       **DONE** and **ORDERED** in Dayton, Ohio, this 6th day of June, 2017.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT