# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

            Plaintiff,

-vs-                                        Case No. 3:17-CR-78

                                                              District Judge Thomas M. Rose

ANTONE G. DORSEY,

            Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

     Pursuant to the record set forth in open Court on June 2, 2020, the Defendant appeared with Counsel, and entered an admission to Violation #1 as alleged by the U.S. Probation Department in an amended petition filed March 17, 2020. All remaining violations were withdrawn. The Court accepted the admission and found that the Defendant had violated the conditions of his supervised release and proceeded immediately to sentencing. The Court ORDERED that:

     The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ninety (90) days to run concurrent to Case No. 2019CR04038, Montgomery County, Ohio. No term of supervised release to follow.

     The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

     The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

     IT IS SO ORDERED.

Date: June 2, 2020

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT